**Dismissed and Opinion Filed November 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01093-CR

**KEPHREN THOMAS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51945-T**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang and Brown
Opinion by Justice Lang

Kephren Thomas entered a negotiated guilty plea to possession of methamphetamine in an amount less than one gram. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 481.102(6), 481.115(b) (West 2010). The trial court followed the plea agreement and sentenced appellant to 180 days' confinement in a state jail facility. The trial court certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).[1] We dismiss the appeal for want of jurisdiction.

Do Not Publish
TEX. R. APP. P. 47
151093F.U05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

---

[1] Appellate counsel filed a motion to withdraw and an *Anders* brief in support asserting this Court has no jurisdiction over the appeal.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KEPHREN THOMAS, Appellant

No. 05-15-01093-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-51945-T.
Opinion delivered by Justice Lang, Chief Justice Wright and Justice Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 25th day of November, 2015.